**Order entered August 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00245-CV

## IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-00345W**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the April 24, 2015 motion of Frank Adler to withdraw as Father's appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Frank Adler as counsel of record for Father. We further **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jorge Alberto Campuzano, 409 West Brown St., Apt. A, Ennis, Texas 75119.

/s/     MOLLY FRANCIS
        JUSTICE